# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KEVIN W. MULLENS

NO. 2020 KW 0399

**AUGUST 03, 2020**

---

In Re:    Kevin W. Mullens, applying for supervisory writs, 21st
          Judicial District Court, Parish of Tangipahoa, No.
          1602147.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

                         **TMH**
                         **AHP**
                         **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT